**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-11-50041-001-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Christopher R. Georgeson, | |
| Defendant. | |

On May 1, 2020, the government filed a response stating, "GMAC's successor takes no position on the issue and has no information regarding whether GMAC assigned its interest in the restitution payments." (Doc. 14 at 2). The government then asks for the restitution payments to "be assigned to the Crime Victims Fund." SRP was ordered to file its position no later than May 15, 2020. SRP did not do so.

The most reliable information available is that the restitution payments belong to GMAC's successor. (Doc. 13). Therefore, before disbursing those payments to the Crime Victims Fund, the Court will require the government obtain an affidavit from GMAC's successor disclaiming any interest in the payments.

Accordingly,

**IT IS ORDERED** no later than **August 3, 2020**, the government shall file an affidavit from GMAC's successor disclaiming any interest in the restitution payments.

Dated this 26th day of June, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge