**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Christopher R. Georgeson,<br><br>　　　　　Defendant. | No. CR-11-50041-001-PHX-ROS<br><br>**ORDER** |

On August 3, 2020, the Chief Financial Officer of ResCap Liquidating Trust ("Liquidating Trust") filed a declaration stating "the Liquidating Trust is the successor in interest" to "Residential Capital, LLC and certain of its affiliates, including GMAC Mortgage LLC." (Doc. 16-1 at 1). On behalf of the Liquidating Trust, the Chief Financial Officer "disclaim[ed] any interest in any restitution payments" made by Christopher R. Georgeson. (Doc. 16-1 at 1). Therefore, the Court will direct payment of restitution payments to the federal Crime Victims Fund. *See United States v. Hankins*, 858 F.3d 1273, 1278 (9th Cir. 2017) (allowing court to redirect restitution payments to the crime victims fund).

Accordingly,

**IT IS ORDERED** the Motion for Disbursement (Doc. 3) is **DENIED**. This Order shall not be sealed.

/ / /

/ / /

**IT IS FURTHER ORDERED** restitution owed by Christopher R. Georgeson be transferred to the Crime Victims Fund.

Dated this 4th day of August, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge

cc: Finance